aPROB 12B
(7/93)

# United States District Court
## for the
## Northern District of Florida

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Joe Lee McQuay       **Case Number:** 1:02CR43-001(S)

**Name of Sentencing Judicial Officer:** The Honorable Maurice M. Paul, Senior United States District Judge

**Date of Original Sentence:** October 31, 2003       **Type of Supervision:** Supervised Release

**Date Supervision Commenced:** September 16, 2011   **Date Supervision Expires:** September 15, 2021

**Original Offense:**
**Count 1**: Conspiracy to Distribute and Possession with Intent to Distribute More Than Fifty (50) Grams of Cocaine Base, in violation of 21 U.S.C. §§841(b)(1)(A)(iii) and 846; a Class "A" Felony.
**Count 2**: Distribution of More Than Fifty (50) Grams of Cocaine, in violation of 21 U.S.C. §841(b)(1)(A)(iii); a Class "A" Felony.

**Original Sentence:** 180 months imprisonment as to each count, concurrent, followed by 10 years supervised release. Later reduced to 120 months imprisonment as to each count, concurrent, pursuant to a Rule 35 Motion.

## PETITIONING THE COURT

To modify the defendant's term of supervised release in the following manner:

"You shall reside at the Residential Reentry Center (RRC) for a period of 90 days and shall obey the rules of that facility. While at the Center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this Court directive. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the defendant.

## CAUSE

The defendant violated his terms of supervision by traveling outside the district of residence without the permission of the probation officer, and by committing the new law offenses of Resisting Arrest and Driving While License Suspended or Revoked. The defendant has agreed to the above punitive sanction to address this non-compliance.

Prob 12B
Re: MCQUAY, Joe Lee
October 19, 2011
Page 2

Respectfully submitted,

by _____

Glenn H. McInnes
Senior U.S. Probation Officer
Date: October 19, 2011

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

10/25/11
Date